PEREZ *v.* CALIFORNIA.

No. 39.   Argued November 14, 1968.—Decided May 26, 1969.

*Peter G. Fetros,* by appointment of the Court, 393 U. S. 812, argued the cause and filed a brief for petitioner.

*Edsel W. Haws,* Deputy Attorney General of California, argued the cause for respondent.   With him on the brief were *Thomas C. Lynch,* Attorney General, and *Doris H. Maier,* Assistant Attorney General.

PER CURIAM.

The writ is dismissed as improvidently granted.

MR. JUSTICE DOUGLAS dissents from the dismissal of the writ.